IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA

v.

ELISHAH MOODY                                    05cr20177-2-Ma

---

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has this day notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. §3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

It is therefore ORDERED that the time period of  5/25/05  through  6/8/05  be excluded from the time its imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

ARRAIGNMENT IS RESET TO WEDNESDAY,  6/8 , 2005 AT  9:30  A.M. BEFORE MAGISTRATE JUDGE  Tu M. Pham .

This  25th  day of  May , 2005.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  5-25-05

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT