PS 42
(Rev 7/93)

FILED BY _____ D.C.

# United States District Court

2005 JUL -7  AM 8: 43

## Western District of Tennessee

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| Elishah Moody ) | Case No. 05-20177-002-*Ma* |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Elishah Moody, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1. Travel restricted to the Western District of Tennessee and the Northern District of Mississippi for employment purposes only

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7-6-05     _____  7/6/05
Signature of Defendant    Date      Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  7/6/05
Signature of Defense Counsel    Date

[✓] The above modification of conditions of release is ordered, to be effective on _07-06-05_

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____  07-06-05
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-12-05_

/102/

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:05-CR-20177 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT